IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DAVID GARCIA-MORENO,**
    Petitioner,                                  Civil Action No. 7:13-cv-00545

v.                                                ORDER

**UNITED STATES OF AMERICA,**            By:    Hon. Michael F. Urbanski
    Respondent.                                     United States District Judge

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is

**DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the case is

**STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

                                           Entered: January 13, 2014

                                           /s/ Michael F. Urbanski

                                           Michael F. Urbanski
                                           United States District Judge