IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID GARCIA-MORENO,<br>    Petitioner, | Civil Action No. 7:13-cv-00545 |
| v. | ORDER |
| UNITED STATES OF AMERICA,<br>    Respondent. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

Entered: January 13, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge